1

2

3                                          **JS-6**

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  OTILIO DAVID TALAVERA    )    Case No. EDCV 12-00176 VAP
    JR., IN PRO-PER,         )    (SPx)
12                           )
                 Plaintiff,  )    **JUDGMENT**
13                           )
          v.                 )
14                           )
    DEUTSCHE BANK NATIONAL    )
15  TRUST COMPANY, AS        )
    TRUSTEE UNDER POOLING    )
16  AND SERVICE AGREEMENT    )
    DATED AS OF JANUARY 1,   )
17  2007 SECURITIZED         )
    ASSETBACKED RECEIVABLES  )
18  LLC. TRUST 2007-NC1      )
    MORTGAGE PASS-THROUGH    )
19  CERTIFICATES, SERIES     )
    2007-NC1 AND DOES 1-10   )
20  INCLUSIVE,               )
                             )
21               Defendants. )
    _____ )
22

23  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24      Pursuant to the Order filed herewith, IT IS ORDERED

25  AND ADJUDGED that Plaintiff's Complaint is DISMISSED

26

27

28

1  WITHOUT PREJUDICE.   The Court orders that such judgment

2  be entered.

3

4

5  Dated:  February 28, 2012     _____

6                                          VIRGINIA A. PHILLIPS
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28