**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIO DAVID TALAVERA JR., IN PRO-PER, | Case No. EDCV 12-00176 VAP (SPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICE AGREEMENT DATED AS OF JANUARY 1, 2007 SECURITIZED ASSETBACKED RECEIVABLES LLC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED

1 | WITHOUT PREJUDICE.  The Court orders that such judgment
2 | be entered.
3
4
5 | Dated:  February 28, 2012        _____
6 |                                    VIRGINIA A. PHILLIPS
  |                                  United States District Judge

2